UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST BANK & TRUST D/B/A FIRSTLINE FUNDING GROUP, | : : : : |
| Plaintiff, | : Civil Action No. 2:18-cv-06648 |
| vs. | : : |
| COVENTINA CONSTRUCTION CORP., | : **CORPORATE DISCLOSURE** : **STATEMENT** |
| Defendant. | : : |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff First Bank & Trust d/b/a/ FirstLine Funding Group, by and through its undersigned counsel, hereby states that it is wholly owned by Fishback Financial Corporation, which is not publicly held.

Dated: New York, New York
November 20, 2018

**HAHN & HESSEN LLP**

By: /s/ John P. Amato
    John P. Amato
    488 Madison Avenue
    New York, New York 10022
    Telephone: 212-478-7200
    Fax: 212-478-7400
    jamato@hahnhessen.com